UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    0:16:CR-60232-JIC-2

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

KENNETH EUGENE AARON,

    DEFENDANT.
_____/

**UNITED STATES GOVERNMENT'S STIPULATION TO NEBBIA PROFFER**

    The United States Attorney's Office by and through Assistant United States Attorney, Andy R. Camacho hereby stipulates that the Nebbia Proffer provided by attorney James S. Lewis is sufficient to satisfy the Nebbia requirement in the above-styled cause.

    So executed this ____ day of November, 2016.

                                             _____
                                             ANDY R. CAMACHO
                                             ASSISTANT UNITED STATES ATTORNEY