UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    16:CR-60232-JIC-2

UNITED STATES OF AMERICA,

     PLAINTIFF,

v.

KENNETH EUGENE AARON,

     DEFENDANT.

_____/

## STIPULATION OF SATISFACTION OF NEBBIA

It is hereby stipulated by and between the undersigned attorneys for the United States and the Defendant, Kenneth Eugene Aaron, that the Nebbia condition of the Defendant's bond has been satisfied.

Dated this 2nd day of November, 2016.

_____
James S. Lewis, Esq.
200 Southeast 6th Street
Suite 200
Fort Lauderdale, FL 33301
Phone:  954-523-7949
Fax:  954-524-0403
Email: Jimlewisforflorida@yahoo.com

ANDY R. CAMACHO
Assistant United States Attorney
Court ID No. A5501807
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9038
Fax: (305) 530-7976

1