Dear Honorable James Cohn, 16-60232-CR-Cohn

I, Asya Robinson, am writing this letter in regards to the character of Kenneth Aaron. I've known Mr. Aaron since 2008, due to the fact I was dating his step-son, and the thing I admired most about him was the way in which he loved and cared for his family. When I gave birth to Mr. Aaron's first granddaughter, Kylie, in 2015 he took not only took her in, but me as well and became a major factor in my daughter's life. When my mother was placed in hospice care till when she lost her fight to cancer August 16, 2016 Mr. Aaron gave unwavering assistance to the childcare I needed during that tough time in my life. He was there to pick up Kylie to relieve me and give me time to properly mourn the loss of my mother. The way in which my daughter face lights up to the sound of her Papa's voice or the way she greets him "HI PAPA" when he facetime calls her is enough for me to know she loves and need him in her life as she grows. The influence he has on her life is important and I value that she gets the opportunity to see the way a respectable man love and takes care of his family first hand. Mr. Aaron's presence in society is one which is vital and important to his family. I value his relationship with my daughter and couldn't imagine my daughter not being able to go outside and play with her Papa. Please understand he is so needed in our lives he is a Great man and a Main Factor for my Education to become a Teacher.

Please take into consideration the above-mentioned facts regarding Mr. Kenneth Aaron. If there are any questions or concerns, please don't hesitate to contact me.

Asya Robinson
Broward School Board Instructor
2330 NW 42nd Ave
Lauderhill, FL 33313

RobinsonAsya@gmail.com
954-873-3934

Dear,

Judge James Cohn, 16-60232-CR-Cohn

Growing up as a child you rush to get to 18 years old to become an adult, to make your own rules and become free until you turn 18, at this time in life is when you realize as an adult you need your parents more then you did as a child. You realize how the world can mentally manipulate you and spit you right back out. Growing up my father was there every step of the way, and I strongly believe this is the reason I graduated both high school and college and currently working on my Masters Degree.

When life push me to the edge I can count on my dad giving me the best advice and continuing to check on me to make sure I'm holding on to my crown as I walk through the journey of life. At the age of 21 I birthed my first child, a little boy by the name of Kamari. The way my father face lit up when he was introduced to my son, you can tell from the glow that all he was thinking is helping raise this little boy, "I can make a difference to the childhood he lives". I receive calls at least three times a week just to make sure my son is doing good and skill and what sports so we can start with teaching him discipline and to keeping him away from the streets and the wrong crowd. At this point I realized the support and motivation my dad gives is pure love and he know that life gives you lessons and he would rather teach his kids and grandkids the mistakes he made so they can make a change.

When my son turned 2 his father got up and moved out of town, at this moment I cried trying to figure out how will I raise a boy to be a man, how can I teach him how to pee, how can I tell him things that boys only know. Then when I realized this is not a task that I would be left alone to do, this moment hit me when my son first learned how to use the bathroom standing up and he said "mommy I have to shake first" I looked at him a little funny and asked who taught you that? His response was "my

16-60232-CR-Cohn

papa" at the very moment I knew I was not left to raise a little boy in this world alone, that I have a loving and supportive father to walk with us on this journey. Granting my dad house arrest will affect many lives' around him, it will feel a void that putting him away from his family will be filled. Over the past 6 Months I have really noticed a change in my father! He he's learned to remain humble and walk away from situations, hearing him say bring the baby some church clothes made me a living witness that no matter how hard life beat you up, you can always make a change to be and do better. There is no time limit on turning your life around in the right direction. When my dad told me he would like to work more in the community with the youth as a football coach I knew from that moment that there were things and times in his life that he regrets, I knew this from when he told me I can't change my past but I can help the mothers that's signing their kids up for sports to have a male role model and to push and motivate them to live there dreams.

I strongly believe my dad has made a Life style change and if he is granted house arrest I will be there along the journey to remind him that he has come this far and to follow his passion on giving back to the youth/community, the same way he cheered me on through my life struggle journey.

Kiana Aaron

GHA OF SOUTH FLORIDA

Gastroenterology & Hepatology Associates of South Florida

HOWARD BAIKOVITZ, M.D., P.A.

**MILTON GEDALLOVICH, M.D., P.A.**

DIPLOMATE AMERICAN BOARD OF GASTROENTEROLOGY

16-60232-CR-Cohn

MARCH 30, 2017

TO WHOM IT MAY CONCERN:

THIS LETTER IS IN REGARDS TO PATIENT KENNETH AARON. THIS PATIENT IS UNDER MY CARE FOR ULCERATIVE COLITIS. HE IS CURRENTLY BEING TREATED FOR HIS ACTIVE SYMPTOMS. THIS PATIENT MUST BE ON BED REST FOR THE NEXT 2 WEEKS. HE IS UNABLE TO SIT FOR LONG PERIODS OF TIME AND CAN NOT BE UNDER STRESS AS THIS WILL WORSEN HIS SYMPTOMS. IF YOU HAVE ANY QUESTIONS YOU CAN CONTACT MY OFFICE AT 954-430-2343. THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

SINCERELY,

MILTON GEDALLOVICH, M.D.